# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CIVIL DOCKET FOR CASE #: 7:25–cv–00060–DC–DTG

| | |
|---|---|
| Dialect, LLC v. Meta Platforms, Inc. | Date Filed: 02/07/2025 |
| Assigned to: Judge David Counts | Jury Demand: Both |
| Referred to: Judge Derek T. Gilliland | Nature of Suit: 830 Patent |
| Cause: 28:1338 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Dialect, LLC**                    represented by   **Richard M. Koehl**
Blue Peak Law Group LLP
3139 W. Holcombe Blvd, PMB 8160
Houston, TX 77025
737–346–6600
Email: richard@bluepeak.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heng Gong**
Blue Peak Law Group LLP
21 Kensington Rd
Scarsdale, NY 10583
646–696–1633
Email: heng@bluepeak.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Constant**
Blue Peak Law Group LLP
3139 W Holcombe Blvd
Pmb 8160
Houston, TX 77025
832–331–3717
Email: justin@bluepeak.law
*ATTORNEY TO BE NOTICED*

**Kate M Falkenstien**
Blue Peak Law Group LLP
3790 El Camino Real, Pmb 846
Palo Alto, CA 94306
281–972–3036
Email: kate@bluepeak.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark D. Siegmund**
Cherry Johnson Siegmund James, PLLC
7901 Fish Pond Road
Ste 2nd Floor
Waco, TX 76710
254–732–2242

Fax: 866–627–3509
Email: msiegmund@cjsjlaw.com
*ATTORNEY TO BE NOTICED*

**Robert Stephen Magee**
Blue Peak Law Group, LLP
3 79 0 El Camino Real; Pmb 846
Palo Alto, CA 94306
281–972–3036
Email: robert@bluepeak.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shuya Yang**
Cherry Johnson Siegmund James PLLC
7901 Fish Pond Rd. Second Floor
Waco, TX 76710
254–732–2242
Fax: 866–627–3509
Email: gyang@cjsjlaw.com
*ATTORNEY TO BE NOTICED*

**William D. Ellerman**
Cherry Johnson Siegmund James PLLC
One Glen Lakes Tower
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
254–732–2242
Fax: 866–627–3509
Email: wellerman@cjsjlaw.com
*ATTORNEY TO BE NOTICED*

**Garland T. Stephens**
Blue Peak Law Group
Garland Stephens
3139 West Holcombe Blvd.
Pmb 8160
Houston, TX 77025
832–387–7696
Email: garland@bluepeak.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meta Platforms, Inc.**                          represented by   **Christina Lee**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–962–8844
Email: clee@keker.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Silbert**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415) 391–5400
Fax: (415) 397–7188
Email: dsilbert@keker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vishesh Narayen**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Email: vnarayen@keker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amrutha Doria**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aseem Mehta**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–676–2326
Email: amehta@keker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen E. Lovin**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415) 391–5400
Fax: (415) 397–7188
Email: klovin@keker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
Gillam and Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
(903)934–8450
Fax: (903)934–9257
Email: melissa@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415) 391–5400
Fax: (415) 397–7188
Email: pmalhotra@keker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharif Jacob**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
(415) 391–5400
Fax: (415) 397–7188
Email: sjacob@keker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Jill Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: sgoldberg@keker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2025 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number BTXWDC–19769079), filed by Dialect, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Appendix A, # 11 Appendix B, # 12 Appendix C, # 13 Appendix D, # 14 Appendix E, # 15 Civil Cover Sheet)(Stephens, Garland) (Attachment 15 replaced with flattened version on 2/10/2025) (jb3). Modified on 2/10/2025 (jb3). (Entered: 02/07/2025) |
| 02/07/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Stephens, Garland) (Entered: 02/07/2025) |
| 02/07/2025 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS by Dialect, LLC. (Stephens, Garland) (Entered: 02/07/2025) |
| 02/07/2025 | Ï 4 | RULE 7 DISCLOSURE STATEMENT filed by Dialect, LLC. (Stephens, Garland) (Entered: 02/07/2025) |
| 02/07/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (jb3) (Entered: 02/10/2025) |

| 02/10/2025 | Ï 5 | Summons Issued as to Meta Platforms, Inc. (jb3) (Entered: 02/10/2025) |
|---|---|---|
| 02/10/2025 | Ï 6 | ORDER AND ADVISORY. CASE REFERRED to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (jb3) (Entered: 02/10/2025) |
| 04/03/2025 | Ï 7 | NOTICE of Attorney Appearance by Mark D. Siegmund on behalf of Dialect, LLC. Attorney Mark D. Siegmund added to party Dialect, LLC(pty:pla) (Siegmund, Mark) (Entered: 04/03/2025) |
| 04/03/2025 | Ï 8 | NOTICE of Attorney Appearance by William D. Ellerman on behalf of Dialect, LLC. Attorney William D. Ellerman added to party Dialect, LLC(pty:pla) (Ellerman, William) (Entered: 04/03/2025) |
| 04/03/2025 | Ï 9 | NOTICE of Attorney Appearance by Shuya Yang on behalf of Dialect, LLC. Attorney Shuya Yang added to party Dialect, LLC(pty:pla) (Yang, Shuya) (Entered: 04/03/2025) |
| 04/04/2025 | Ï 10 | SUMMONS Returned Executed by Dialect, LLC. Meta Platforms, Inc. served on 4/2/2025, answer due 4/23/2025. (Siegmund, Mark) (Additional attachment(s) added on 4/7/2025: # 1 Unredacted Summons Return) (jb3). Modified at attorney's request to redact information on 4/7/2025 (jb3). (Entered: 04/04/2025) |
| 04/04/2025 | Ï | DEFICIENCY NOTICE: re 10 Summons Returned Executed. Document does not contain case heading or Returned Summons. Please correct and refile. (slt) (Entered: 04/04/2025) |
| 04/07/2025 | Ï 11 | SUMMONS Returned Executed by Dialect, LLC. (Siegmund, Mark) (Entered: 04/07/2025) |
| 04/08/2025 | Ï 12 | Joint MOTION for Extension of Time to File Answer re 1 Complaint,, by Dialect, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Siegmund, Mark) (Entered: 04/08/2025) |
| 04/09/2025 | Ï | Text Order GRANTING 12 [First] Motion for Extension of Time to Answer entered by Judge Derek T. Gilliland. Defendant shall have until June 9, 2025 to respond to Plaintiff's Complaint. (This is a text–only entry generated by the court. There is no document associated with this entry.) (anlc) (Entered: 04/09/2025) |
| 04/09/2025 | Ï | RESET Deadlines: Meta Platforms, Inc. answer due 6/9/2025. (jb3) (Entered: 04/22/2025) |
| 04/22/2025 | Ï | Notice of Correction: Document replaced with correct order re 6 Order Referring Case to Magistrate Judge (jb3) (Entered: 04/22/2025) |
| 06/09/2025 | Ï 13 | NOTICE of Voluntary Dismissal by Dialect, LLC (Siegmund, Mark) (Entered: 06/09/2025) |
| 06/16/2025 | Ï 14 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of Meta Platforms, Inc.. Attorney Melissa Richards Smith added to party Meta Platforms, Inc.(pty:dft) (Smith, Melissa) (Entered: 06/16/2025) |
| 06/16/2025 | Ï 15 | ANSWER to 1 Complaint,, with Jury Demand by Meta Platforms, Inc..(Smith, Melissa) (Entered: 06/16/2025) |
| 06/16/2025 | Ï 16 | RULE 7 DISCLOSURE STATEMENT filed by Meta Platforms, Inc.. (Smith, Melissa) (Entered: 06/16/2025) |
| 06/17/2025 | Ï 17 | Pro Hac Vice Letter to David Silbert. (slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 18 | Pro Hac Vice Letter to Sharif E. Jacob. (slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 19 | Pro Hac Vice Letter to Paven Malhotra. (slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 20 | Pro Hac Vice Letter to Kristen E. Lovin. (slt) (Entered: 06/17/2025) |

| 06/17/2025 | Ï 21 | Pro Hac Vice Letter to Vishesh Narayen. (slt) (Entered: 06/17/2025) |
|---|---|---|
| 06/17/2025 | Ï 22 | Pro Hac Vice Letter to Christina Lee. (slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 23 | Pro Hac Vice Letter to Stephanie J. Goldberg. (slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 24 | Pro Hac Vice Letter to Amrutha Dorai. (slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 25 | ORDER SETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Initial Pretrial Conference set for **7/30/2025 at 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 26 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Amrutha Dorai* ( Filing fee $ 100 receipt number ATXWDC–20340728) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 27 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Aseem Mehta* ( Filing fee $ 100 receipt number ATXWDC–20340773) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 28 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Christina Lee* ( Filing fee $ 100 receipt number ATXWDC–20340808) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 29 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for David Silbert* ( Filing fee $ 100 receipt number ATXWDC–20340847) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 30 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Kristen Lovin* ( Filing fee $ 100 receipt number ATXWDC–20340905) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 31 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Paven Malhotra* ( Filing fee $ 100 receipt number ATXWDC–20340937) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 32 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Sharif Jacob* ( Filing fee $ 100 receipt number ATXWDC–20340981) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï 33 | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Stephanie Goldberg* ( Filing fee $ 100 receipt number ATXWDC–20341017) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï | DEFICIENCY NOTICE: re 30 MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Kristen Lovin* ( Filing fee $ 100 receipt number ATXWDC–20340905), 33 MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Stephanie Goldberg* ( Filing fee $ 100 receipt number ATXWDC–20341017), 28 MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Christina Lee* ( Filing fee $ 100 receipt number ATXWDC–20340808), 29 MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for David Silbert* ( Filing fee $ 100 receipt |

| | | |
|---|---|---|
| | | number ATXWDC–20340847), <u>31</u> MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Paven Malhotra* ( Filing fee $ 100 receipt number ATXWDC–20340937), <u>27</u> MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Aseem Mehta* ( Filing fee $ 100 receipt number ATXWDC–20340773), <u>32</u> MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Sharif Jacob* ( Filing fee $ 100 receipt number ATXWDC–20340981), <u>26</u> MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Amrutha Dorai* ( Filing fee $ 100 receipt number ATXWDC–20340728) **Header does not read Midland/Odessa Division. Please correct and refile. In the docket text, type Corrected Motion. These motions will not be forwarded to the assigned judge for consideration and will be terminated.**(slt) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>34</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for A. Dorai* ( Filing fee $ 100 receipt number ATXWDC–20342221) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>35</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for A. Mehta* ( Filing fee $ 100 receipt number ATXWDC–20342325) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>36</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for C. Lee* ( Filing fee $ 100 receipt number ATXWDC–20342334) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>37</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for D. Silbert* ( Filing fee $ 100 receipt number ATXWDC–20342342) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>38</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for K. Lovin* ( Filing fee $ 100 receipt number ATXWDC–20342355) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>39</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for P. Malhotra* ( Filing fee $ 100 receipt number ATXWDC–20342397) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>40</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for S. Jacob* ( Filing fee $ 100 receipt number ATXWDC–20342409) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>41</u> | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for S. Goldberg* ( Filing fee $ 100 receipt number ATXWDC–20342417) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/17/2025 | Ï <u>42</u> | MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Vishesh Narayen* ( Filing fee $ 100 receipt number ATXWDC–20342498) by on behalf of Meta Platforms, Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/17/2025) |
| 06/18/2025 | Ï | DEFICIENCY NOTICE: re <u>37</u> CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for D. Silbert* ( Filing fee $ 100 receipt number ATXWDC–20342342), <u>35</u> |

| | | |
|---|---|---|
| | | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for A. Mehta* ( Filing fee $ 100 receipt number ATXWDC–20342325), 34 CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for A. Dorai* ( Filing fee $ 100 receipt number ATXWDC–20342221), 41 CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for S. Goldberg* ( Filing fee $ 100 receipt number ATXWDC–20342417), 40 CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for S. Jacob* ( Filing fee $ 100 receipt number ATXWDC–20342409), 42 MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for Vishesh Narayen* ( Filing fee $ 100 receipt number ATXWDC–20342498), 36 CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for C. Lee* ( Filing fee $ 100 receipt number ATXWDC–20342334), 38 CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for K. Lovin* ( Filing fee $ 100 receipt number ATXWDC–20342355), 39 CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for P. Malhotra* ( Filing fee $ 100 receipt number ATXWDC–20342397) **Header does not read Midland/Odessa Division. Please correct and refile. In the docket text, type Corrected Motion. These motions will not be forwarded to the assigned judge for consideration and will be terminated.** (slt) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 43 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for A. Dorai* ( Filing fee $ 100 receipt number ATXWDC–20344430) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 44 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for A. Mehta* ( Filing fee $ 100 receipt number ATXWDC–20344493) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 45 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for C. Lee* ( Filing fee $ 100 receipt number ATXWDC–20344520) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 46 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for D. Silbert* ( Filing fee $ 100 receipt number ATXWDC–20344549) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 47 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for K. Lovin* ( Filing fee $ 100 receipt number ATXWDC–20344579) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 48 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for P. Malhotra* ( Filing fee $ 100 receipt number ATXWDC–20344607) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 49 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for S. Jacob* ( Filing fee $ 100 receipt number ATXWDC–20344619) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 50 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for S. Goldberg* ( Filing fee $ 100 receipt number ATXWDC–20344642) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |

| 06/18/2025 | Ï 51 | CORRECTED MOTION to Appear Pro Hac Vice by Melissa Richards Smith *for V. Narayen* ( Filing fee $ 100 receipt number ATXWDC–20344651) by on behalf of Meta Platforms, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Smith, Melissa) (Entered: 06/18/2025) |
|---|---|---|
| 06/20/2025 | Ï 52 | ORDER GRANTING 43 Motion to Appear Pro Hac Vice for Attorney Amrutha Doria for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 53 | ORDER GRANTING 44 Motion to Appear Pro Hac Vice for Attorney Aseem Mehta for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 54 | ORDER GRANTING 45 Motion to Appear Pro Hac Vice for Attorney Christina Lee for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 55 | ORDER GRANTING 46 Motion to Appear Pro Hac Vice for Attorney David J. Silbert for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 56 | ORDER GRANTING 47 Motion to Appear Pro Hac Vice for Attorney Kristen E. Lovin for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 57 | ORDER GRANTING 48 Motion to Appear Pro Hac Vice for Attorney Paven Malhotra for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 58 | ORDER GRANTING 49 Motion to Appear Pro Hac Vice for Attorney Sharif Jacob for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 59 | ORDER GRANTING 50 Motion to Appear Pro Hac Vice for Attorney Stephanie Goldberg for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 06/20/2025 | Ï 60 | ORDER GRANTING 51 Motion to Appear Pro Hac Vice for Attorney Vishesh Narayen for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center |

| | | |
|---|---|---|
| | | Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/20/2025) |
| 07/18/2025 | Ï 61 | Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Proposed Order, # 2 Motion to Transfer, # 3 Appendix A, # 4 Affidavit S. Jacob, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P, # 21 Exhibit Q, # 22 Exhibit R, # 23 Exhibit S, # 24 Exhibit T, # 25 Exhibit U, # 26 Exhibit V, # 27 Exhibit W, # 28 Exhibit X, # 29 Affidavit C. Hung, # 30 Exhibit A, # 31 Exhibit B, # 32 Exhibit C, # 33 Affidavit A. Aly, # 34 Exhibit A, # 35 Exhibit B, # 36 Exhibit C, # 37 Affidavit B. Guiro, # 38 Exhibit A, # 39 Exhibit B, # 40 Exhibit C, # 41 Affidavit M. Collins, # 42 Proposed Order) (Smith, Melissa) (Entered: 07/18/2025) |
| 07/18/2025 | Ï 62 | NOTICE *OF PUBLIC ATTACHMENTS* by Meta Platforms, Inc. re 61 Motion for leave to File Sealed Document (Attachments: # 1 Affidavit S. Jacob, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit J, # 10 Exhibit L, # 11 Exhibit Q, # 12 Exhibit R, # 13 Exhibit S, # 14 Exhibit T, # 15 Exhibit V, # 16 Exhibit W, # 17 Exhibit X, # 18 Affidavit M. Collins, # 19 Proposed Order)(Smith, Melissa) (Entered: 07/18/2025) |
| 07/21/2025 | Ï 63 | Rule 26(f) Discovery Report/Case Management Plan *Joint Rule 26(f) Report* by Dialect, LLC. (Siegmund, Mark) (Entered: 07/21/2025) |
| 07/21/2025 | Ï 64 | Proposed Order *Proposed Scheduling Order* to 63 Rule 26(f) Discovery Report/Case Management Plan by Dialect, LLC. (Koehl, Richard) (Entered: 07/21/2025) |
| 07/24/2025 | Ï 65 | NOTICE *of Intent to Proceed with Venue Discovery* by Dialect, LLC (Siegmund, Mark) (Entered: 07/24/2025) |
| 07/24/2025 | Ï 66 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCEHELD IN PERSON. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 67 | Redacted Copy of 61 Motion for leave to File Sealed Document by Meta Platforms, Inc.. (Attachments: # 1 Appendix A, # 2 Affidavit C. Hung, # 3 Affidavit A. Aly, # 4 Affidavit B. Guiro)(Smith, Melissa) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 68 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *on behalf of Justin Constant* ( Filing fee $ 100 receipt number ATXWDC–20510068) by on behalf of Dialect, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Siegmund, Mark) (Entered: 07/25/2025) |
| 07/28/2025 | Ï 69 | ORDER GRANTING 68 Motion to Appear Pro Hac Vice for Attorney Justin Lile Constant for Dialect, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/28/2025) |
| 07/31/2025 | Ï 70 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Heng Gong* ( Filing fee $ 100 receipt number ATXWDC–20533012) by on behalf of Dialect, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Siegmund, Mark) (Entered: 07/31/2025) |
| 07/31/2025 | Ï 71 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Kate M. Falkenstien* ( Filing fee $ 100 receipt number ATXWDC–20533038) by on behalf of Dialect, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Siegmund, Mark) (Entered: 07/31/2025) |
| 07/31/2025 | Ï 72 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Robert Stephen Magee* ( Filing fee $ 100 receipt number ATXWDC–20533063) by on behalf of Dialect, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Siegmund, Mark) (Entered: |

| | | |
|---|---|---|
| | | 07/31/2025) |
| 08/01/2025 | Ï 73 | ORDER GRANTING 70 Motion to Appear Pro Hac Vice for Attorney Heng Gong for Dialect, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 08/01/2025) |
| 08/01/2025 | Ï 74 | ORDER GRANTING 71 Motion to Appear Pro Hac Vice for Attorney Kate M Falkenstien for Dialect, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 08/01/2025) |
| 08/01/2025 | Ï 75 | ORDER GRANTING 72 Motion to Appear Pro Hac Vice for Attorney Robert Stephen Magee for Dialect, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 08/01/2025) |
| 08/05/2025 | Ï 76 | ORDER GRANTING 61 Motion for Leave to File Sealed Document. Signed by Judge Derek T. Gilliland. (slt) (Entered: 08/06/2025) |
| 08/05/2025 | Ï 77 | Sealed Motion to Transfer filed. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Appendix Appendix A, # 2 Affidavit Affidavit S. Jacob, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Affidavit Affidavit C. Hung, # 28 Exhibit A, # 29 Exhibit B, # 30 Exhibit C, # 31 Affidavit Affidavit A. Aly, # 32 Exhibit A, # 33 Exhibit B, # 34 Exhibit C, # 35 Affidavit Affidavit B. Guiro, # 36 Exhibit A, # 37 Exhibit B, # 38 Exhibit C, # 39 Affidavit Affidavit M. Collins) (slt) (Entered: 08/06/2025) |
| 08/07/2025 | Ï 78 | SCHEDULING ORDER: Pretrial Conference set for 3/11/2027 10:00 AM before Judge David Counts, Jury Selection/Trial set for 4/5/2027 08:00AM before Judge David Counts, Markman Hearing set for 2/11/2026 09:00 AM before Judge Derek T. Gilliland, Amended Pleadings due by 6/1/2026, Discovery due by 9/10/2026, Joinder of Parties due by 3/23/2026, Dispositive and Daubert Motions due by 12/17/2026,. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 08/08/2025) |
| 09/18/2025 | Ï 79 | Joint MOTION *for Entry of Stipulated Order Regarding Discovery of Electronically Stored Information* by Dialect, LLC. (Attachments: # 1 Exhibit A – Proposed ESI Order). Motions referred to Judge Derek T. Gilliland. (Siegmund, Mark) (Entered: 09/18/2025) |
| 09/18/2025 | Ï 80 | Joint MOTION *for Entry of Stipulated Protective Order and Stipulated Fed Rule of Evidence 502(D) Clawback Order* by Dialect, LLC. (Attachments: # 1 Exhibit A – Protective Order, # 2 Exhibit B – Clawback Order). Motions referred to Judge Derek T. Gilliland. (Siegmund, Mark) (Entered: 09/18/2025) |
| 09/18/2025 | Ï 81 | NOTICE *of Compliance regarding Preliminary Invalidity Contentions* by Meta Platforms, Inc. (Smith, Melissa) (Entered: 09/18/2025) |
| 10/10/2025 | Ï 82 | Unopposed Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Response, # 2 Declaration, # 3 SEALED Document – Ex A, # 4 SEALED Document – Ex B, # 5 SEALED Document – Ex C, # 6 SEALED Document – Ex D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Denying Motion to Transfer, # 13 Granting Motion to Seal) (Siegmund, Mark) (Entered: 10/10/2025) |

| 10/21/2025 | Ï 83 | Redacted Copy *of Plaintiff's Response in Opposition to Defendant's Motion to Transfer Venue* of 82 Unopposed Motion for leave to File Sealed Document by Dialect, LLC. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I)(Siegmund, Mark) (Entered: 10/21/2025) |
|---|---|---|
| 10/27/2025 | Ï 84 | UNOPPOSED Motion for leave to File Defendant Meta Platforms, Inc.'s Reply In Support of Motion to Transfer (DKT. NO. 77) Under Seal by Meta Platforms, Inc. Sealed pursuant to W.D. Texas SDS procedures.(Attachments: (1) – Proposed Order, (2) – Defendant's Reply in Support of Opposed Motion to Transfer Venue, (3) – Appendix B: Meta Employees & Former Employees Identified by Dialect, (4) – Declaration of Phil Glatfelter in Support of Defendant's Transfer Reply, (5) – Exhibits A, B, C, E, F, G). Referral Judge: Derek T. Gilliland. (jb3) (Entered: 10/27/2025) |
| 10/27/2025 | Ï 85 | NOTICE *OF ADDITIONAL ATTACHMENTS* by Meta Platforms, Inc. re 84 Motion for leave to File Sealed Document by Meta Platforms, Inc. pursuant to W.D. Texas SDS procedures (Attachments: # 1 Affidavit S. Jacob, # 2 Exhibit D)(Smith, Melissa) (Entered: 10/27/2025) |
| 10/27/2025 | Ï 86 | STATUS REPORT *REGARDING DEFENDANT META PLATFORMS, INC.'S MOTION TO TRANSFER (DKT. NO. 77)* by Meta Platforms, Inc.. (Smith, Melissa) (Entered: 10/27/2025) |
| 10/30/2025 | Ï 87 | Redacted Copy of 84 Motion for leave to File Sealed Document by Meta Platforms, Inc. pursuant to W.D. Texas SDS procedures by Meta Platforms, Inc.. (Attachments: # 1 Appendix B, # 2 Declaration of Phil Glatfelter)(Smith, Melissa) (Entered: 10/30/2025) |
| 11/05/2025 | Ï 88 | ATTACHMENT *Exhibit A to Stipulated Protective Order [Dkt. 80–1] Acknowledgement and Agreement to be Bound* to 80 Joint MOTION *for Entry of Stipulated Protective Order and Stipulated Fed Rule of Evidence 502(D) Clawback Order* by Meta Platforms, Inc.. (Jacob, Sharif) (Entered: 11/05/2025) |
| 11/07/2025 | Ï 89 | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 84). Signed by Judge Derek T. Gilliland. (jb3) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 90 | Defendant's Reply in Support of Opposed Motion to Transfer Venue by Meta Platforms, Inc. pursuant to W.D. Texas SDS procedures.(Attachments: (1) – Appendix B: Meta Employees & Former Employees Identified by Dialect, (2) – Declaration of Phil Glatfelter in Support of Defendant's Transfer Reply, (3) – Exhibits A, B, C, E, F, G) (jb3) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 91 | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 82). Signed by Judge Derek T. Gilliland. (jb3) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 92 | Plaintiff Dialect LLC's Response in Opposition to Meta Platforms, Inc's Opposed Motion to Transfer Venue to The Western District of Washington or the Northern District of California (Dkt. 61) by Dialect, LLC pursuant to W.D. Texas SDS procedures.(Attachments: (1) – Declaration of Justin Constant in Support of Plaintiff Dialect LLC's Response in Opposition to Meta Platforms, Inc's Opposed Motion to Transfer Venue to the Western District of Washington or the Northern District of California (Dkt. 61), (2) – Exhibits A–I) (jb3) (Entered: 11/07/2025) |
| 11/10/2025 | Ï 93 | STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 11/10/2025) |
| 11/10/2025 | Ï 94 | STIPULATED FEDERAL RULES OF EVIDENCE 502(D) CLAWBACK ORDER. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 11/10/2025) |
| 11/10/2025 | Ï 95 | STIPULATED PROTECTIVE ORDER. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 11/10/2025) |
| 11/21/2025 | Ï 96 | Opening Claim Construction Brief by Meta Platforms, Inc.. (Attachments: # 1 Declaration of Mark E. Crovella, P.h.D.)(Smith, Melissa) (Entered: 11/21/2025) |

| 12/18/2025 | Ï 97 | Reply Claim Construction Brief regarding 96 Claim Construction Brief by Dialect, LLC. (Attachments: # 1 Declaration of Dr. H V Jagadish)(Koehl, Richard) (Entered: 12/18/2025) |
|---|---|---|
| 01/15/2026 | Ï 98 | Reply Claim Construction Brief by Meta Platforms, Inc.. (Attachments: # 1 Affidavit Dr. Mark E. Crovella)(Smith, Melissa) (Entered: 01/15/2026) |
| 01/27/2026 | Ï 99 | ORDER Resetting Markman Hearing. Markman Hearing reset for **3/12/2026 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 01/27/2026) |
| 01/29/2026 | Ï 100 | Reply Claim Construction Brief regarding 98 Claim Construction Brief by Dialect, LLC. (Attachments: # 1 Declaration of Dr. H V Jagadish)(Constant, Justin) (Entered: 01/29/2026) |
| 02/02/2026 | Ï 101 | Joint Claim Construction Brief or Statement by Dialect, LLC. (Constant, Justin) (Entered: 02/02/2026) |
| 02/04/2026 | Ï 102 | ORDER RESETTING DEADLINE. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 02/04/2026) |
| 02/06/2026 | Ï 103 | Sealed Order Granting Defendant's Opposed Motion to Transfer (Dkt. No. 77).. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 02/06/2026) |
| 02/09/2026 | Ï 104 | ORDER CANCELLING MARKMAN HEARING HELD IN PERSON. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 02/09/2026) |
| 02/11/2026 | Ï 105 | Joint MOTION to Stay Case *and [Proposed] Order* by Meta Platforms, Inc... Motions referred to Judge Derek T. Gilliland. (Jacob, Sharif) (Entered: 02/11/2026) |
| 03/02/2026 | Ï | Text Order GRANTING 105 Motion to Stay Case. IT IS ORDERED that all pending deadlines in this action are stayed until a new scheduling order is entered in the Western District of Washington. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 03/02/2026) |